| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Int. Assoc. of Sheet Metal, Air, Rail & Transportation Workers, Transportation Div., Local 1594** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Aaron Lett<br>1516 Brenner Street<br>Philadelphia, PA 19149 | | Judgment | Disputed | | | $354,011.89 |
| Anthony Petty<br>3538 Naamans Dr.<br>Claymont, DE 19703 | | Salary | | | | $1,818.90 |
| AT& T<br>PO BOX 9335<br>Philadelphia, PA 19139-9335 | | Trade debt | | | | $636.26 |
| Bruce Cheatham Jr.<br>900 Loxor Lane Apt. 230<br>Norristown, PA 19401 | | Salary | | | | $2,242.40 |
| Cynthia P. Kelly<br>5120 Chancellor St.<br>Philadelphia, PA 19139 | | Salary/expenses | | | | $1,303.08 |
| Dwayne Benson<br>7620 Wyndale Ave.<br>Philadelphia, PA 19151 | | Salary | | | | $912.17 |
| Jeneen Hand<br>1345 Wheatland Ave.<br>Pennsburg, PA 18073 | | Salary | | | | $814.43 |
| Micah Cross<br>437 Willows Ave.<br>Folcroft, PA 19032 | | Salary | | | | $1,246.07 |
| Princess Flemmings<br>301 Felton Ave.<br>Collingdale, PA 19023 | | Salary | | | | $274.18 |

Official form 204                       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                       page 1