# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re: **Int. Assoc. of Sheet Metal, Air, Rail & Transportation Workers, Transportation Div., Local 1594**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Int. Assoc. of Sheet Metal, Air, Rail & Transportation Workers, Transportation Div., Local 1594** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 16, 2023
Date

*/s/ Holly S. Miller*
**Holly S. Miller**
Signature of Attorney or Litigant
Counsel for **Int. Assoc. of Sheet Metal, Air, Rail & Transportation Workers, Transportation Div., Local 1594**
**Gellert Scali Busenkell & Brown, LLC**
**8 Penn Center**
**1628 JFK BLVD, Suite 1901**
**Philadelphia, PA 19103**
**215-238-0015 Fax:215-238-0016**