| **Fill in this information to identify the case:** | |
|---|---|
| Debtor name | **Int. Assoc. of Sheet Metal, Air, Rail & Transportation Workers, Transportation Div., Local 1594** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **4 cell phone contracts** | |
| | State the term remaining | **3 @ 35 months and 1 @ 5 months** | **AT&T**<br>**P.O. Box 9335**<br>**Philadelphia, PA 19139-9335** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease- Smart TD Local 1594 as tenant, $1,500.00 per month** | |
| | State the term remaining | **10 months** | **Haokun K. Zheng**<br>**1030 Arch Street**<br>**Philadelphia, PA 19107** |
| | List the contract number of any government contract | | |