

# Meeting Report 5/23/2023
# Local 1594

Last eBill Worked: MAY
Last Checking Statement Reconciled: MAY

*This Report Includes Transactions from 1/1/2023 - 5/31/2023

## LOCAL FUND

| | |
|---|---:|
| Balance January 1, 2023 | $40,623.10 |
| Received Year to Date | $151,535.58 |
| **Total Revenue** | **$192,158.68** |
| eBill Transfer To LCA(s) | $23,415.22 |
| Dues Held for Future eBill | $0.00 |
| Disbursed (Cleared) | $156,453.23 |
| Disbursed (Not Cleared) | $0.00 |
| **Total Disbursed** | **$179,868.45** |
| UnPaid Taxes | $178.76 |
| Payable to Members | $25,784.86 |
| **Available Balance** | **($13,673.39)** |

Money due to be Collected from Members: $3,330.48

Prepared Thursday, June 15, 2023 By Treasurer CYNTHIA P KELLY



# Meeting Report 5/23/2023
## Local 1594

Last eBill Worked: MAY
Last Checking Statement Reconciled: MAY

*This Report Includes Transactions from 1/1/2023 - 5/31/2023

| LCA | SPT |
|---|---|
| Beginning Balance | $7,804.86 |
| Received | $23,415.22 |
| Fund Transfer (WinStabs) | $0.00 |
| **Total Revenue** | **$31,220.08** |
| Wages/Employee Tax | $13,811.41 |
| Officer Expenses | $0.00 |
| Employer Taxes | $1,509.42 |
| Vendor Disbursements | $0.00 |
| Fund Transfer (WinStabs) | $0.00 |
| **Total Disbursed** | **$15,170.03** |
| Unpaid Taxes | $150.80 |
| **Available Balance** | **$15,899.25** |

Prepared Thursday, June 15, 2023 By Treasurer CYNTHIA P KELLY