## Weekly Budget

| | 6/19/2023 | 6/26/2023 | 7/3/2023 | 7/10/2023 | 7/17/2023 | 7/24/2023 | 7/31/2023 | 8/7/2023 | 8/14/2023 | 8/21/2023 | 8/28/2023 | 9/4/2023 | 9/11/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 |
| Office Rent | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 |
| Phone Bill (AT&T) | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 |
| Internet (comcast) | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 |
| Gas/Electric | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 |
| Bank Fees | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 |
| Employer Payroll Taxes | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 |
| Arbitration | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 |
| Professinal Fee | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 |
| Liabilty Insurance | | $75.00 | | | | $75.00 | | | | | $75.00 | | |
| Members refunds | | $500.00 | | | | $500.00 | | | | | $500.00 | | |
| **Total Expenses** | **$0.00** | **$9,700.94** | **$0.00** | **$0.00** | **$0.00** | **$9,700.94** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,700.94** | **$0.00** | **$0.00** |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$1,099.06** | **$0.00** | **$0.00** | **$0.00** | **$1,099.06** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,099.06** | **$0.00** | **$0.00** |

**Projected Net Income**  **Projected Net Income at Conclusion of 13-Week Period** $4,797.18