UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 11 |
| | : | |
| Int. Assoc. of Sheet Metal, Air, Rail & | : | |
| Transportation Workers, Transportation Div., | : | |
| Local 1594 | : | |
| | : | |
| | : | |
| | : | |
| Debtor. | : | Bankruptcy No.: 23-11777 (MDC) |

# NOTICE OF TELEPHONE NUMBER FOR SECTION 341(a) MEETING OF CREDITORS

The Section 341(a) Meeting of Creditors will be held telephonically on **July 20, 2023 at 9:00AM (EST).**

Any party wishing to participate may call the conference line at that time at 1-877-685-3103 authorization code 6249335.

ANDREW R. VARA
United States trustee
for Regions 3 and 9

By:   ___/s/ Kevin P. Callahan_____
Kevin P. Callahan, Trial Attorney
Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Room 320
Philadelphia, PA 19107
Telephone: (215) 597-4411
E-Mail: Kevin.P.Callahan@usdoj.gov

DATED:  June 20, 2023