Fill in this information to identify the case:

Debtor name: Int. Assoc. of Sheet Metal, Air, Rail & Transportation Workers, Transportation Div., Local 1594

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known): 23-11777 (mdc)

☑ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule*  **Amended Schedule G**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6-23-2023      x _____
                            Signature of individual signing on behalf of debtor

**Bruce Cheatham, Jr.**
Printed name

**President**
Position or relationship to debtor

| | | | |
|---|---|---|---|
| | **Fill in this information to identify the case:** | | |
| Debtor name | **Int. Assoc. of Sheet Metal, Air, Rail & Transportation Workers, Transportation Div., Local 1594** | | |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA | | |
| Case number (if known) | | | ■ Check if this is an amended filing |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **4 cell phone contracts** | |
| | State the term remaining | **3 @ 35 months and 1 @ 5 months** | **AT&T**<br>**P.O.Box 6463**<br>**Carol Stream, IL 60197-6463** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Real Estate Lease- Smart TD Local 1594 as tenant, $1,500.00 per month** | |
| | State the term remaining | **10 months** | **Haokun K. Zheng**<br>**1030 Arch Street**<br>**Philadelphia, PA 19107** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contract between Smart Local 1594 and Septa, dated November 2021** | |
| | State the term remaining | | **Southeastern Pennsylvania Transportation Authority**<br>**1234 Market Street**<br>**Fourth Floor**<br>**Philadelphia, PA 19107** |
| | List the contract number of any government contract | | |