## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** <br><br> **INT. ASSOC. OF SHEET METAL, AIR, RAIL & TRANSPORTATION WORKERS, TRANSPORTATION DIV., LOCAL 1594,** <br><br> **Debtor.** | **Chapter 11** <br><br> **Bankruptcy No. 23-11777-mdc** |

**NOTICE OF INTENTION OF THE DEBTOR**
**TO COMPENSATE OFFICERS PURSUANT TO L.B.R. 4002-1**

TO:   ALL CREDITORS AND THE OFFICE OF THE UNITED STATES TRUSTEE, NOTICE IS HEREBY GIVEN:

1. On June 16, 2023 (the "Filing Date"), Int. Assoc. of Sheet Metal, Air, Rail & Transportation Workers, Transportation Div., Local 1594 Company, Inc. (the "Debtor") filed a voluntary petition for reorganization under chapter 11 of title 11 of the United States Code, as amended (the "Bankruptcy Code").

2. The Debtor intends to pay compensation to the following officers and insiders on an annual basis in the following amounts:

   a. Bruce Cheatham (President):   $9,549.83

   b. Anthony Petty (General Chairman):   $7,268.58

   c. Micah Cross: (Vice Chairman):   $4,633.82

   d. Jeneen Hand (Vice Local Chairman):   $4,633.82

   e. Dwayne Benson (Vice Local Chairman):   $4,633.82

   f. Cynthia Kelly (Secretary/Treasurer):   $28,677.67

   g. Princess Flemmings (Trustee):   $3,918.83

1

  h. Michelle Hayward (LCA Secretary)        $3,097.41

  i. Antione Ray (Trustee):           $3,918.00

  j. Clavon Need (Alternate):          $2,064.94

3. The foregoing amounts are approximations based on what each officer/position was compensated for during the 2022 fiscal year. Officers are not compensated with a set salary but are, rather, compensated based on hourly work performed for the Union.

4. The rate of annual compensation for each officer and/or insider on the ninetieth (90th) day prior to the Filing Date was: see paragraph 3.

5. The duties and responsibilities of the foregoing officer are as follows:

  a. Bruce Cheatham (President): Signs checks, President of the Union offices, opens and closes Union meetings, as Vice Local Chairman, advocates to get members their jobs back. Sees that Local officers respond to inquiries from the International and files all reports required of Locals by Federal, State or local laws.

  b. Anthony Petty (General Chairman): Head of the Union body, governs the Union meetings that are once a month, advocates for members' jobs, negotiates Collective Bargaining Agreement on behalf of the Debtor.

  c. Micah Cross: (Vice Local Chairman): Advocates for members' jobs, attends Union Meetings once a month.

  d. Jeneen Hand (Vice Local Chairman): Advocates for members' jobs, attends Union Meetings once a month.

  e. Dwayne Benson (Vice Local Chairman): Advocates for members' jobs, attends Union Meetings once a month.

  f. Cynthia Kelly (Secretary/Treasurer): Issues checks, manages bank accounts,

        attends Union meetings, takes meeting minutes, prepares Treasurer's Annual Report. Ms. Kelly will be resigning her position and will be replaced by a Secretary/Treasurer who will be compensated similarly.

        g. Princess Flemmings (Trustee): Reviews yearly books, runs polls during an election.

        h. Michelle Hayward (LCA Secretary): Secretary for Local Committee of Adjustment, takes notes for contracts.

        i. Antione Ray (Trustee): Reviews yearly books, runs polls during an election.

        j. Clavon Need (Alternate): Alternate for contract negotiations.

6. Compensation is paid directly by the Debtor.

7. Any creditor or other party in interest seeking to object to the continued compensation of the above-named individuals should file a written objection specifying the grounds for such objection with the Clerk's Office, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107, and serve a copy of said objection upon Counsel for the Debtor.

Respectfully submitted,

Dated: June 28, 2023        GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Holly S. Miller*
Holly S. Miller (PA 203979)
8 Penn Center
1628 John F. Kennedy Blvd., Suite 1901
Philadelphia, PA 19103
Telephone: (215) 238-0012
Facsimile: (215) 238-0016
hsmiller@gsbblaw.com

*Proposed Counsel to the Debtor*