| | |
|---|---|
| Aaron Lett<br>1516 Brenner Street<br>Philadelphia, PA 19149 | Anthony Petty<br>3538 Naamans Dr.<br>Claymont, DE 19703 |
| AT&T<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | Bruce Cheatham Jr.<br>900 Loxor Lane, Apt. 230<br>Norristown, PA 19401 |
| Cynthia P. Kelly<br>5120 Chancellor St.<br>Philadelphia, PA 19139 | Dwayne Benson<br>7620 Wyndale Ave.<br>Philadelphia, PA 19151 |
| Haokun K. Zheng<br>1030 Arch Street<br>Philadelphia, PA 19107 | Jeneen Hand<br>1345 Wheatland Ave.<br>Pennsburg, PA 18073 |
| Micah Cross<br>437 Willows Ave.<br>Folcroft, PA 19032 | Princess Flemmings<br>301 Felton Ave.<br>Collingdale, PA 19023 |
| United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>Attn: Kevin P. Callahan, Esq.<br>900 Market Street, Suite 320<br>Philadelphia, PA 19107 | PNC Financial Services<br>One PNC Plaza<br>249 Fifth Ave<br>Pittsburgh, PA 15222 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | Pennsylvania Department of Revenue<br>Department 280946<br>Attn: Bankruptcy Division<br>Harrisburg, PA 17128-0946 |

City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

Southeastern Pennsylvania
Transportation Authority
1234 Market St., Fourth Fl.
Philadelphia, PA 19107

Richard E Furtek
Furtek & Associates, LLC
Subchapter V Trustee
101 Lindenwood Dr., Suite22
Malvern, PA 19355

Leslie Beth Baskin, Esquire
Spector Gadon Rosen Vinci, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA 19103

United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market St # 400,
Philadelphia, PA 19107