# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| INT. ASSOC. OF SHEET METAL, AIR, | : | Case No. 23-11777-MDC |
| RAIL & TRANSPORTATION WORKERS, | : | |
| TRANSPORTATION DIV., LOCAL 1594 | : | |
| | : | |
| Debtor. | : | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that Alan B. Epstein, Esquire, and Spector Gadon Rosen Vinci, P.C. hereby enters their appearance on behalf of Aaron Lett in the above-captioned case, and pursuant to Bankruptcy Rule 2002, requests that its name be added to the mailing list maintained by the Clerk in the within case, and that all notices given or required to be given in this case and all papers served, or required to be served in this case be sent electronically to:

Alan B. Epstein, Esquire
Spector Gadon Rosen Vinci, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA  19103
Phone:  215-241-8832
Fax:  215-241-8844
Email:  aepstein@sgrvlaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002 and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any other document brought before this Court with respect to these proceedings, whether formal or informal, whether

3765905-1

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

*Alan B. Epstein*

Alan B. Epstein, Esquire
Spector Gadon Rosen Vinci, P.C.
1635 Market Street, 7th Floor
Philadelphia, PA  19103

Dated:  July 12, 2023

3765905-1