## CERTIFICATE OF SERVICE

I, Alan B. Epstein, Esquire, hereby certify that I caused a true and correct copy of the foregoing Notice of Appearance and Request for Notice to be served this  12th  day of July, 2023, by e-filing with the Court.

*Alan B. Epstein*
Alan B. Epstein

3765905-1