# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | Chapter 11 |
|---|---|
| INT. ASSOC. OF SHEET METAL, AIR, RAIL & TRANSPORTATION WORKERS, TRANSPORTATION DIV., LOCAL 1594, | Bankruptcy No. 23-11777-mdc |
| Debtor. | Related to Docket No. 38 |

**AMENDED EXHIBIT OF OFFICERS AND POSITIONS
IN SUPPORT OF NOTICE OF INTENTION OF THE DEBTOR
TO COMPENSATE OFFICERS PURSUANT TO L.B.R. 4002-1 [D.I. 38]**

**PLEASE TAKE NOTICE** that the Debtor Int. Assoc. of Sheet Metal, Air, Rail & Transportation Workers, Transportation Div., Local 1594, hereby submits the Amended Exhibit of Officers and Positions in Support of Notice of Intention of the Debtor to Compensate Officers Pursuant to L.B.R. 4002-1 [D.I. 38], attached hereto as Exhibit 1.

Respectfully submitted,

Dated: July 17, 2023

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Holly S. Miller*
Holly S. Miller (PA 203979)
8 Penn Center
1628 John F. Kennedy Blvd., Suite 1901
Philadelphia, PA 19103
Telephone: (215) 238-0012
Facsimile: (215) 238-0016
hsmiller@gsbblaw.com

*Counsel to the Debtor*