# EXHIBIT 1

Smart Local 1594 officers and positions

Anthony Petty - General Chairman

Bruce Cheatham- President, Legislative, Vice Local Chairman

Dwayne Benson- Vice Local Chairman

Jeneen Hand- Vice Local Chairman, Secretary/Treasurer

Princess Flemmings- Trustee

Antoine Ray- Trustee

Wayne Morris- Vice President

Clavon Nedd- Alternate Union Rep Contract

Michelle Hayward- Contract Secretary