# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>INT. ASSOC. OF SHEET METAL, AIR, RAIL & TRANSPORTATION WORKERS, TRANSPORTATION DIV., LOCAL 1594, [1]<br><br>    Debtor. | Chapter 11<br><br>Case No. 23-11777 (mdc) |

## CERTIFICATION OF SERVICE

I, Holly S. Miller, hereby certify that on this 17th day of July, 2023, a copy of the foregoing *Amended Exhibit of Officers and Positions in Support of Notice of Intention of the Debtor to Compensate Officers Pursuant to L.B.R. 4002-1 [D.I. 38] was* served via First Class United States Mail, post-prepaid, upon the parties listed on the attached service list.

Dated: July 17, 2023

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Holly S. Miller*
Holly S. Miller (No. 203979)
8 Penn Center
1628 John F. Kennedy Blvd, Suite 1901
Philadelphia, PA 19107
Telephone: (215) 238-0012
Email: hsmiller@gsbblaw.com

*Counsel to the Debtor*

---

[1] If applicable, the last four digits of the taxpayer identification number of the Debtor is 6853 and the Debtor's address is 6938 Market Street, Second Floor, Suite 3, Upper Darby, PA 19082.