**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| INT. ASSOC. OF SHEET METAL, AIR, RAIL & TRANSPORTATION WORKERS, TRANSPORTATION DIV., LOCAL 1594, [1] | Case No. 23-11777-mdc |
| Debtor. | |

**NOTICE OF APPLICATION OF THE DEBTOR FOR AN ORDER (I) FIXING A BAR DATE FOR FILING PROOFS OF CLAIM AND (II) APPROVING THE BAR DATE ORDER, NOTICE AND RELATED PROCEDURES**

TO: THE UNITED STATES TRUSTEE, FED.R.BANR.P. 2002 PARTIES, AND PARTIES IN INTEREST, NOTICE IS GIVEN THAT:

1. An Application of Debtor, Int. Assoc. of Sheet Metal, Air, Rail & Transportation Workers, Transportation Div., Local 1594, Pursuant to Bankruptcy Rules 2002(a)(7) and 3003(c)(3), for an Order (i) Fixing a Bar Date for Filing Proofs of Claim and (ii) Approving the Bar Date Order, Notice and Related Procedures (the "Application") has been filed with the United States Bankruptcy Court for the Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Building, Suite 400, 900 Market Street, Philadelphia, PA 19107, where it is available for inspection during normal business hours.

2. The Application requests that the Court (i) establish bar dates to file proofs of claim in this case and (ii) approve the form and manner of notice thereof.

3. Any creditor or party in interest or the U.S. Trustee may file an answer, objection or other responsive pleading to this Application with the Clerk's Office, United States Bankruptcy Court, Robert N.C. Nix, Sr. Building, Suite 400, 900 Market Street, Philadelphia, PA 19107, within seven (7) calendar days of the date of this Notice and serve a copy upon counsel for the Debtor whose name and address appears below. Any creditor or party of interest or the U.S. Trustee may request a hearing in writing stating the reason why a hearing is necessary.

---

[1] If applicable, the last four digits of the taxpayer identification number of the Debtor is 6853 and the Debtor's address is 6938 Market Street, Second Floor, Suite 3, Upper Darby, PA 19082.

4.      In the absence of any answer, objection or responsive pleading, the Court may enter an Order approving the Application and establishing the bar dates requested by the Debtor.

Dated: July 24, 2023         GELLERT SCALI BUSENKELL & BROWN, LLC

                     */s/ Holly S. Miller*
                     Holly S. Miller (No. 203979)
                     1628 John F. Kennedy Blvd, Suite 1901
                     Philadelphia, PA 19107
                     Telephone: (215) 238-0012
                     Facsimile: (215) 238-0016
                     Email: hsmiller@gsbblaw.com

                     *Counsel to the Debtor*