# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> INT. ASSOC. OF SHEET METAL, AIR, RAIL & TRANSPORTATION WORKERS, TRANSPORTATION DIV., LOCAL 1594, [1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 23-11777-mdc |

## CERTIFICATION OF SERVICE

The undersigned certifies that the Debtor's Application Pursuant to Bankruptcy Rules 2002(a)(7) and 3003(c)(3), for an Order (i) Fixing a Bar Date for Filing Proofs of Claim and (ii) Approving the Bar Date Order, Notice and Related Procedures (the "Application") and Notice of the Application (the "Notice"), was served upon the persons set forth in the Court's Mailing Matrix via First Class United States Mail on July 24, 2023.

                                                                          */s/ Holly S. Miller*  
                                                                          Holly S. Miller (203979)

Dated: July 24, 2023  
Philadelphia, PA

---

[1] If applicable, the last four digits of the taxpayer identification number of the Debtor is 6853 and the Debtor's address is 6938 Market Street, Second Floor, Suite 3, Upper Darby, PA 19082.