| | Weekly Budget | | | | | | | | | | | | |
| | 10/2/2023 | 10/9/2023 | 10/16/2023 | 10/23/2023 | 10/30/2023 | 11/6/2023 | 11/13/2023 | 11/20/2023 | 11/27/2023 | 12/4/2023 | 12/11/2023 | 12/18/2023 | 12/25/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** |
| | | | | | | | | | | | | | |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$15,590.32** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** |
| | | | | | | | | | | | | | |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **($4,790.32)** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** |

**Projected Net Income**                                      **Projected Net Income at Conclusion of 13-Week Period**        **-$1,592.20**

| | | | | | Weekly Budget | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1/1/2024 | 1/8/2024 | 1/15/2024 | 1/22/2024 | 1/29/2024 | 2/5/2024 | 2/12/2024 | 2/19/2024 | 2/26/2024 | 3/4/2024 | 3/11/2024 | 3/18/2024 | 3/25/2024 |
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** |

**Projected Net Income**                                                                      **Projected Net Income at Conclusion of 13-Week Period**    $4,797.18

| | | | | | | Weekly Budget | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 4/1/2024 | 4/8/2024 | 4/15/2024 | 4/22/2024 | 4/29/2024 | 5/6/2024 | 5/13/2024 | 5/20/2024 | 5/27/2024 | 6/3/2024 | 6/10/2024 | 6/17/2024 | 6/24/2024 |
| **PROJECTED GROSS LOCAL RECEIPTS** | $0.00 | $0.00 | $0.00 | $0.00 | $10,800.00 | $0.00 | $0.00 | $0.00 | $10,800.00 | $0.00 | $0.00 | $0.00 | $10,800.00 |
| | | | | | | | | | | | | | |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | $0.00 | $0.00 | $0.00 | $0.00 | $9,200.94 | $0.00 | $0.00 | $0.00 | $9,200.94 | $0.00 | $0.00 | $0.00 | $9,200.94 |
| | | | | | | | | | | | | | |
| **PROJECTED WEEKLY NET INCOME** | $0.00 | $0.00 | $0.00 | $0.00 | $1,599.06 | $0.00 | $0.00 | $0.00 | $1,599.06 | $0.00 | $0.00 | $0.00 | $1,599.06 |

**Projected Net Income**                                    **Projected Net Income at Conclusion of 13-Week Period**    $4,797.18

| | 7/1/2024 | 7/8/2024 | 7/15/2024 | 7/22/2024 | 7/29/2024 | 8/5/2024 | 8/12/2024 | 8/19/2024 | 8/26/2024 | 9/2/2024 | 9/9/2024 | 9/16/2024 | 9/23/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Weekly Budget | | | | | | | | |
| **PROJECTED GROSS LOCAL RECEIPTS** | $0.00 | $0.00 | $0.00 | $0.00 | $10,800.00 | $0.00 | $0.00 | $0.00 | $10,800.00 | $0.00 | $0.00 | $0.00 | $10,800.00 |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | $0.00 | $0.00 | $0.00 | $0.00 | $9,200.94 | $0.00 | $0.00 | $0.00 | $9,200.94 | $0.00 | $0.00 | $0.00 | $9,200.94 |
| **PROJECTED WEEKLY NET INCOME** | $0.00 | $0.00 | $0.00 | $0.00 | $1,599.06 | $0.00 | $0.00 | $0.00 | $1,599.06 | $0.00 | $0.00 | $0.00 | $1,599.06 |

**Projected Net Income**

**Projected Net Income at Conclusion of 13-Week Period**   $4,797.18

| | | | | | Weekly Budget | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/30/2024 | 10/7/2024 | 10/14/2024 | 10/21/2024 | 10/28/2024 | 11/4/2024 | 11/11/2024 | 11/18/2024 | 11/25/2024 | 12/2/2024 | 12/9/2024 | 12/16/2024 | 12/23/2024 |
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** |

**Projected Net Income**                                                                 **Projected Net Income at Conclusion of 13-Week Period**     $4,797.18

Weekly Budget

| | 12/30/2024 | 1/6/2025 | 1/13/2025 | 01/202025 | 1/27/2025 | 2/2/2025 | 2/10/2025 | 2/17/2025 | 2/24/2025 | 3/3/2025 | 3/10/2025 | 3/17/2025 | 3/24/2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** |

**Projected Net Income**                    **Projected Net Income at Conclusion of 13-Week Period**    $4,797.18

| | | | | | Weekly Budget | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3/31/2025 | 4/7/2025 | 4/14/2025 | 4/21/2025 | 4/28/2025 | 5/5/2025 | 5/12/2025 | 5/19/2025 | 5/26/2025 | 6/2/2025 | 6/9/2025 | 6/16/2025 | 6/23/2025 |
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** |

**Projected Net Income**                                                                 **Projected Net Income at Conclusion of 13-Week Period**      $4,797.18

| | | | | | Weekly Budget | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6/30/2025 | 7/7/2025 | 7/14/2025 | 7/21/2025 | 7/28/2025 | 8/4/2025 | 8/11/2025 | 8/18/2025 | 8/25/2025 | 9/1/2025 | 9/8/2025 | 9/15/2025 | 9/22/2025 |
| **PROJECTED GROSS LOCAL RECEIPTS** | $0.00 | $0.00 | $0.00 | $0.00 | $10,800.00 | $0.00 | $0.00 | $0.00 | $10,800.00 | $0.00 | $0.00 | $0.00 | $10,800.00 |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | $0.00 | $0.00 | $0.00 | $0.00 | $9,200.94 | $0.00 | $0.00 | $0.00 | $9,200.94 | $0.00 | $0.00 | $0.00 | $9,200.94 |
| **PROJECTED WEEKLY NET INCOME** | $0.00 | $0.00 | $0.00 | $0.00 | $1,599.06 | $0.00 | $0.00 | $0.00 | $1,599.06 | $0.00 | $0.00 | $0.00 | $1,599.06 |

**Projected Net Income**                                    **Projected Net Income at Conclusion of 13-Week Period**    $4,797.18

| | | | | Weekly Budget | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/29/2025 | 10/6/2025 | 10/13/2025 | 10/20/2025 | 10/27/2025 | 11/3/2025 | 11/10/2025 | 11/17/2025 | 11/24/2025 | 12/1/2025 | 12/8/2025 | 12/15/2025 | 12/22/2025 |
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** |

**Projected Net Income**

**Projected Net Income at Conclusion of 13-Week Period**          $4,797.18

| | 12/29/2026 | 1/5/2026 | 1/12/2026 | 1/19/2026 | 1/26/2026 | Weekly Budget 2/2/2026 | 2/9/2026 | 2/16/2026 | 2/23/2026 | 3/2/2026 | 3/9/2026 | 3/16/2026 | 3/23/2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** |

**Projected Net Income**                                                                                  **Projected Net Income at Conclusion of 13-Week Period**    $4,797.18

| | 3/30/2026 | 4/6/2026 | 4/13/2026 | 4/20/2026 | 4/27/2026 | Weekly Budget 5/4/2026 | 5/11/2026 | 5/18/2026 | 5/25/2026 | 6/1/2026 | 6/8/2026 | 6/15/2026 | 6/22/2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** |

**Projected Net Income**                                                                                           **Projected Net Income at Conclusion of 13-Week Period**        $4,797.18

| | | | | | Weekly Budget | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6/29/2026 | 7/6/2026 | 7/13/2026 | 7/20/2026 | 7/27/2026 | 8/3/2026 | 8/10/2026 | 8/17/2026 | 8/24/2026 | 8/31/2026 | 9/7/2026 | 9/14/2026 | 9/21/2026 |
| **PROJECTED GROSS LOCAL RECEIPTS** | $0.00 | $0.00 | $0.00 | $0.00 | $10,800.00 | $0.00 | $0.00 | $0.00 | $10,800.00 | $0.00 | $0.00 | $0.00 | $10,800.00 |
| | | | | | | | | | | | | | |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | $0.00 | $0.00 | $0.00 | $0.00 | $9,200.94 | $0.00 | $0.00 | $0.00 | $9,200.94 | $0.00 | $0.00 | $0.00 | $9,200.94 |
| | | | | | | | | | | | | | |
| **PROJECTED WEEKLY NET INCOME** | $0.00 | $0.00 | $0.00 | $0.00 | $1,599.06 | $0.00 | $0.00 | $0.00 | $1,599.06 | $0.00 | $0.00 | $0.00 | $1,599.06 |

**Projected Net Income**                                                **Projected Net Income at Conclusion of 13-Week Period**     $4,797.18

| | | | | | Weekly Budget | | | | | | | |
| | 9/28/2026 | 10/5/2026 | 10/12/2026 | 10/19/2026 | 10/26/2026 | 11/2/2026 | 11/9/2026 | 11/16/2026 | 11/23/2026 | 11/30/2026 | 12/7/2026 | 12/14/2026 | 12/21/2026 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** |

**Projected Net Income**                                    **Projected Net Income at Conclusion of 13-Week Period**    $4,797.18

| | | | | | Weekly Budget | | | | | | | |
| | 12/28/2026 | 1/4/2027 | 1/11/2027 | 1/18/2027 | 1/25/2027 | 2/1/2027 | 2/8/2027 | 2/15/2027 | 2/22/2027 | 3/1/2027 | 3/8/2027 | 3/15/2027 | 3/22/2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** |

**Projected Net Income**                                                                 **Projected Net Income at Conclusion of 13-Week Period**        $4,797.18

| | | | | | Weekly Budget | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3/29/2027 | 4/5/2027 | 4/12/2027 | 4/19/2027 | 4/26/2027 | 5/3/2027 | 5/10/2027 | 5/17/2027 | 5/24/2027 | 5/31/2027 | 6/7/2027 | 6/14/2027 | 6/21/2027 |
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** |
| | | | | | | | | | | | | | |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** |
| | | | | | | | | | | | | | |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** |

**Projected Net Income**                                                                  **Projected Net Income at Conclusion of 13-Week Period**    $4,797.18

| | | | | | Weekly Budget | | | | | | | | |
| | 6/28/2027 | 7/5/2027 | 7/12/2027 | 7/19/2027 | 7/26/2027 | 8/2/2027 | 8/9/2027 | 8/16/2027 | 8/23/2027 | 8/30/2027 | 9/6/2027 | 9/13/2027 | 9/20/2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** |

**Projected Net Income**        **Projected Net Income at Conclusion of 13-Week Period**   $4,797.18

|  | | | | | Weekly Budget | | | | | | | |
|  | 9/27/2027 | 10/4/2027 | 10/11/2027 | 10/18/2027 | 10/25/2027 | 11/1/2027 | 11/8/2027 | 11/15/2027 | 11/22/2027 | 11/29/2027 | 12/6/2027 | 12/13/2027 | 12/20/2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** |

**Projected Net Income**                                                                                                          **Projected Net Income at Conclusion of 13-Week Period**     $4,797.18

Weekly Budget

| | 12/27/2027 | 1/3/2028 | 1/10/2028 | 1/17/2028 | 1/24/2028 | 1/31/2028 | 2/7/2028 | 2/14/2028 | 2/21/2028 | 2/28/2028 | 3/6/2028 | 3/13/2028 | 3/20/2028 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** |

**Projected Net Income**

**Projected Net Income at Conclusion of 13-Week Period**    $4,797.18

| | 3/27/2028 | 4/3/2028 | 4/10/2028 | 4/17/2028 | 4/24/2028 | Weekly Budget 5/1/2028 | 5/8/2028 | 5/15/2028 | 5/22/2028 | 5/29/2028 | 6/5/2028 | 6/12/2028 | 6/19/2028 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** |

**Projected Net Income**                                                    **Projected Net Income at Conclusion of 13-Week Period**    $4,797.18

|  | | | | | Weekly Budget | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | 6/26/2028 | 7/3/2028 | 7/10/2028 | 7/17/2028 | 7/24/2028 | 7/31/2028 | 8/7/2028 | 8/14/2028 | 8/21/2028 | 8/28/2028 | 9/4/2028 | 9/11/2028 | 9/18/2028 |
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** |

**Projected Net Income**                                                    **Projected Net Income at Conclusion of 13-Week Period**     $4,797.18

| | 9/25/2028 | 10/2/2028 | 10/9/2028 | 10/16/2028 | Weekly Budget 10/23/2028 | 10/30/2028 | 11/6/2028 | 11/13/2028 | 11/20/2028 | 11/27/2028 | 12/4/2028 | 12/11/2028 | 12/18/2028 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROJECTED GROSS LOCAL RECEIPTS** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** | **$0.00** | **$0.00** | **$0.00** | **$10,800.00** |
| PROJECTED EXPENSES | | | | | | | | | | | | | |
| Payroll | $0.00 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 | $0.00 | $0.00 | $0.00 | $3,610.62 |
| Office Rent | $0.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | $0.00 | $1,500.00 |
| Phone Bill (AT&T) | $0.00 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 | $0.00 | $0.00 | $0.00 | $636.26 |
| Internet (comcast) | $0.00 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 | $0.00 | $0.00 | $0.00 | $329.05 |
| Gas/Electric | $0.00 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 | $0.00 | $0.00 | $0.00 | $338.83 |
| Bank Fees | $0.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 | $0.00 | $0.00 | $0.00 | $5.00 |
| Employer Payroll Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 | $0.00 | $0.00 | $0.00 | $1,626.18 |
| Arbitration | $0.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 | $0.00 | $0.00 | $0.00 | $580.00 |
| Professinal Fee | $0.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $500.00 |
| Liabilty Insurance | | | | | $75.00 | | | | $75.00 | | | | $75.00 |
| **Total Expenses** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** | **$0.00** | **$0.00** | **$0.00** | **$9,200.94** |
| **PROJECTED WEEKLY NET INCOME** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** | **$0.00** | **$0.00** | **$0.00** | **$1,599.06** |

**Projected Net Income**                                                                                     **Projected Net Income at Conclusion of 13-Week Period**    $4,797.18