# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>INT. ASSOC. OF SHEET METAL, AIR, RAIL & TRANSPORTATION WORKERS, TRANSPORTATION DIV., LOCAL 1594, [1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-11777 (mdc) |

## ORDER

AND NOW, whereas the above-captioned debtor and debtor-in-possession (the "Debtor") has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code, and the Debtor's proposed plan of reorganization having been filed on September 14, 2023 (doc. #57), IT IS HEREBY ORDERED that the following dates and deadlines will govern the procedure of this case:

**1. Confirmation Hearing**. The Court shall hold a hearing on confirmation of the Debtor's plan of reorganization on _____,2023, at __:__ _.m..

**2. Objections to Plan**. _____, 2023, is the deadline for filing and serving written objections to confirmation of the Debtor's plan of reorganization pursuant to Federal Rules of Bankruptcy Procedure 2002(b) and 3020(b)(1). *Any party in interest objecting to the Debtor's plan of reorganization, including the proposed treatment of any claim or interest under the plan, must file and serve a timely objection in accordance with this Scheduling Order and the applicable rules.*

---

[1] If applicable, the last four digits of the taxpayer identification number of the Debtor is 6853 and the Debtor's address is 6938 Market Street, Second Floor, Suite 3, Upper Darby, PA 19082.

      **3. Service of Plan Documents**. On or before _____, 2023, the Debtor shall serve a copy of this Scheduling Order, the Debtor's plan of reorganization, on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee, and the United States Trustee, as provided in Federal Rule of Bankruptcy Procedure 3017(d). The Debtor's attorney shall thereafter promptly file a certificate of service with the Court.

Dated:                                                             _____
                                                                                Honorable Magdeline D. Coleman
                                                                                United States Chief Bankruptcy Judge