**Fill in this information to identify the case:**

Debtor Name _Int. Assoc. of Sheet Metal, Air, Rail & transportation Local 1594_

United States Bankruptcy Court for the: _Eastern_ District of _Pennsylvania Div_

Case number: _23-11777-mdc_

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: _September_

Line of business: _local union_

Date report filed: _10/11/23_
MM / DD / YYYY

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:

Original signature of responsible party _[signature]_

Printed name of responsible party _Bruce Cheatham Jr_

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☑ | ☐ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  _Inc Assoc Of Sheet Metal, Air, Rail & Transportation_ Case number _23-11777-mdc_
_workers Local 1594_

17. Have you paid any bills you owed before you filed bankruptcy?  ☑ ☐ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ☐ ☐

---

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 20895.46

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ .15

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    - $ 8062.56

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ - 8062.41

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 12833.05

---

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ ∅

---

Debtor Name _Int. Assoc. of Sheet Metal, Air, Rail &_
_Transportation worker local 1594_   Case number _23-11777-mdc_

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _0_

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  _11_

27. What is the number of employees as of the date of this monthly report?  _9_

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _0_

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _25000_

30. How much have you paid this month in other professional fees?  $ _0_

31. How much have you paid in total other professional fees since filing the case?  $ _0_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
| --- | --- | --- | --- | --- | --- |
| | **Projected** | — | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _____ | — | $ _.15_ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _8062.56_ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _-8062.41_ | = | $ _____ |

35. Total projected cash receipts for the next month:  $ _10800.00_

36. Total projected cash disbursements for the next month:  - $ _15,015.32_

37. Total projected net cash flow for the next month:  = $ _-4215.32_

---

Debtor Name _Int. Association of Sheet Metal, Air, Rail &_
_Transportation Local 1594_   Case number _23-11777 mdc_

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

# SEPTEMBER 30, 2023 ENDING DATE EXHIBIT A

Q-3 All bills get paid at the end of the month. So, if it is due before than the bill will be considered late.

# SEPTEMBER 30, 2023 ENDING DATE EXHIBIT B

Q14- There was a election for Vice Local Chairman seat number 4. We had to pay for supplies for the election. We also had to pay for a trustee Princess Flemmings and the Vice President Wayne Morris to be the there.

Q17 & Q18- Micah Cross was paid for lost wages in March which was granted by the courts.

# SEPTEMBER 30, 2023 ENDING DATE EXHIBIT C

INTEREST FROM BANK              .15

THERE WAS NOT A DEPOSIT FROM SMART BECAUSE THEIR SYSTEM WAS DOWN AND WE COULD NOT PROCESS THE DEPOSIT TO US. THERE WILL BE TWO DEPOITS IN OCTOBER.

# SEPTEMBER 30, 2023 ENDING DATE EXHIBIT D

BILLS AND SEPTEMBER WAGES WERE PAID ON 9/26/2023.

| | |
|---|---|
| SMART TRANSPORTAION DIVISION | $40.98 |
| COMCAST | $332.22 |
| PECO | $169.49 |
| RENT | $1500.00 |
| MICAH CROSS | $830.71 |
| ANTHONY PETTY | $956.25 |
| JENEEN HAND | $1738.26 |
| BRUCE CHEATHAM | $551.45 |
| DWAYNE BENSON | $476.45 |
| AT&T | $469.61 |

| | |
|---|---|
| PRINCESS FLEMMINGS | $452.01 |
| WAYNE HARRIS | $395.09 |
| 941 TAX | $1222.07 |
| BANK SERVICE FEE | $5.00 |

# Business Interest Checking
PNC Bank

**PNC BANK**

**For the period 09/01/2023 to 09/30/2023**

000298        000001151   UZ

SHEET METAL, AIR, RAIL #23-11777
TRANSPORTATION DIVISION TD
LOCAL 1594
DEBTOR IN POSSESSION
PO BOX 9335
PHILADELPHIA PA 19139-9335

Primary account number: ████-5683
Page 1 of 6
Number of enclosures: 0

For 24-hour banking sign on to
PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

☎ For customer service call 1-877-BUS-BNKG
PNC accepts Telecommunications Relay Service (TRS) calls.

Para servicio en español, 1-877-BUS-BNKG

**Moving?** Please contact your local branch.
✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA 15230-9738

Visit us at PNC.com/smallbusiness

## IMPORTANT ACCOUNT INFORMATION

**Effective JANUARY 1, 2024,** charges for certain Treasury Management services will change. The impact of these changes on your business will depend on the mix of services you use at PNC and your transaction volume. If applicable, the fees for some of the services may be reduced or offset by the Earnings Credit for your account.

Treasury Management services, which may be subject to change, include Automated Clearing House (ACH), Cash Logistics, Cash Flow Insight, Account Reconcilement, Direct to Debit, Electronic Data Interchange (EDI), ePayments, Integrated Payables, Integrated Receivables, Invoice Automation, PINACLE, PayerExpress, Print Mail, Purchase Card, Real Time Payments, Remote Deposit, Wire Transfer services.

We would be happy to review with you the changes that are applicable to your account and discuss other services or options that may address the evolving needs of your business. Current Treasury Management charges are listed on your monthly statement, if applicable.

If you are interested in a review, please contact Treasury Management Client Care (TMCC) at 1-800-699-1518.

## Business Interest Checking Summary

Account number ████-5683
Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

Sheet Metal, Air, Rail #23-11777
Transportation Division Td
Local 1594
Debtor In Possession

### Balance Summary

| Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|
| 20,895.46 | 0.15 | 8,062.56 | 12,833.05 |
| | | Average ledger balance | Average collected balance |
| | | 18,588.75 | 18,588.75 |

### Interest Summary

| Annual Percentage Yield Earned (APYE) | Number of days in interest period | Average collected balance for APYE | Interest paid this period | Interest paid year-to-date |
|---|---|---|---|---|
| 0.01% | 30 | 18,588.75 | 0.15 | 2.14 |

# Business Interest Checking

📄 For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 09/01/2023 to 09/30/2023**
SHEET METAL, AIR, RAIL #23-11777
Primary account number: ■■■■■-5683

Business Interest Checking Account number: ■■■■■-5683 - continued

Page 2 of 6

## Overdraft and Returned Item Fee Summary

|  | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | 36.00 |
| Total Returned Item Fees (NSF) | .00 | 36.00 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Other Additions | 1 | 0.15 |
| | | |
| **Total** | **1** | **0.15** |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 8 | 6,835.49 |
| ACH Deductions | 1 | 1,222.07 |
| Service Charges and Fees | 1 | 5.00 |
| **Total** | **10** | **8,062.56** |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 09/01 | 20,890.46 | 09/26 | 15,943.41 | 09/30 | 12,833.05 |
| 09/05 | 20,403.74 | 09/27 | 13,680.00 | | |
| 09/11 | 18,903.74 | 09/28 | 12,832.90 | | |

# Activity Detail

## Deposits and Other Additions

### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/30 | 0.15 | Interest Payment | I-GEN123092900000250 |

## Checks and Other Deductions

### Checks and Substitute Checks          * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 09/27 | 8557 * | 830.71 | 018750277 | 09/27 | 8561 * | 476.45 | 049439066 |
| 09/11 | 8546 | 1,500.00 | 018709717 | 09/27 | 8558 | 956.25 | 018750390 | 09/28 | 8563 * | 452.01 | 019127811 |
| 09/05 | 8548 * | 486.72 | 015081369 | 09/26 | 8559 | 1,738.26 | 018027773 | 09/28 | 8564 | 395.09 | 019442699 |

### ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/26 | 1,222.07 | Corporate ACH Usataxpymt IRS 270366925619767 | 00023269007022445 |

### Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 09/01 | 5.00 | Service Charge Period Ending 08/31/2023 | |

## Reviewing Your Statement

Please review this statement carefully and reconcile it with your records.  Call the telephone number on the upper right side of the first page of this statement if:

* you have any questions regarding your account(s);
* your name or address is incorrect;
* you have any questions regarding interest paid to an interest-bearing account.

## Balancing Your Account

### Update Your Account Register

| | |
|---|---|
| **Compare:** | The activity detail section of your statement to your account register. |
| **Check Off:** | All items in your account register that also appear on your statement.  Remember to begin with the ending date of your last statement.  (An asterisk {*} will appear in the Checks section if there is a gap in the listing of consecutive check numbers.) |
| **Add to Your Account Register Balance:** | Any deposits or additions including interest payments and ATM or electronic deposits listed on the statement that are not already entered in your register. |
| **Subtract From Your Account Register Balance:** | Any account deductions including fees and ATM or electronic deductions listed on the statement that are not already entered in your register. |

## Update Your Statement Information

**Step 1:**
Add together deposits and other additions listed in your account register but not on your statement.

| Date of Deposit | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| **Total A** | |

**Step 2:**
Add together checks and other deductions listed in your account register but not on your statement.

| Check Number or Deduction Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total B** | |

**Step 3:**

Enter the ending balance recorded on your statement           $ _____
Add deposits and other additions not recorded     Total A +  $ _____

                                          Subtotal=  $ _____
Subtract checks and other deductions not recorded  Total B -  $ _____

The result should equal your account register balance      =  $ _____

## Verification of Direct Deposits

To verify whether a direct deposit or other transfer to your account has occurred, call us Monday - Friday: 8 AM - 9 PM ET and Saturday & Sunday: 8 AM - 5 PM ET at the customer service number listed on the upper right side of the first page of this statement.

## In Case of Errors or Questions About Your Electronic Transfers

Telephone us at the customer service number listed on the upper right side of the first page of this statement or write us at PNC Bank Debit Card Services, 500 First Avenue, 4th Floor, Mailstop P7-PFSC-04-M, Pittsburgh, PA 15219 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).
(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take longer than 10 business days, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Member FDIC**         Equal Housing Lender

# Business Interest Checking

💻 For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 09/01/2023 to 09/30/2023**
SHEET METAL, AIR, RAIL #23-11777
Primary account number: ███████-5683
Page 5 of 6

## Check Images - *continued*




| 8561 | $476.45 | 09/27/2023 |




| 8563 | $452.01 | 09/28/2023 |




| 8564 | $395.09 | 09/28/2023 |



# Business Interest Checking

💻 For 24-hour account information, sign on to
pnc.com/mybusiness/

For the period **09/01/2023 to 09/30/2023**
SHEET METAL, AIR, RAIL #23-11777
Primary account number: ███████5683
Page 4 of 6

## Check Images



| 8546 | $1,500.00 | 09/11/2023 |



| 8548 | $486.72 | 09/05/2023 |



| 8557 | $830.71 | 09/27/2023 |



| 8558 | $956.25 | 09/27/2023 |



| 8559 | $1,738.26 | 09/26/2023 |



Check Images continued on next page

# Business Interest Checking

 **PNC BANK**

🖳 For 24-hour account information, sign on to
pnc.com/mybusiness/

**For the period 09/01/2023 to 09/30/2023**
SHEET METAL, AIR, RAIL #23-11777
Primary account number: ████5683
Page 3 of 6

Business Interest Checking Account number: ████-5683 - continued

## Detail of Services Used During Current Period

Note: The total charge for the following services will be posted to your account on 10/02/2023 and will appear on your next statement as a single line item entitled Service
Charge Period Ending 09/29/2023.

\*\* Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Returning Check Images Monthly Charge | 1 | 5.00 | |
| Combined Transactions | 9 | .00 | Included in Account |
|    ACH Debits | 1 | .00 | |
|    Checks Paid | 8 | .00 | |
| Total For Services Used This Period | | 5.00 | |
| **Total Service Charge** | | **5.00** | |

0-0

48783660.3

COLK561F 1116 5608 127 07 20230930 PG 2 OF 3 00001151