IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>INT. ASSOC. OF SHEET METAL, AIR, RAIL & TRANSPORTATION WORKERS, TRANSPORTATION DIV., LOCAL 1594, ³<br><br>　　　　　Debtor. | Chapter 11<br><br>Case No. 23-11777 (mdc) |

**ORDER**

AND NOW, this 27th day of December, 2023, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses of Gellert Scali Busenkell & Brown, LLC, Counsel to the Debtor, for the Period June 16, 2023 through September 30, 2023, (the "Application"), it is hereby

ORDERED that Application is APPROVED; and it is further

1.  ORDERED that the Debtor authorized to compensate Gellert Scali Busenkell & Brown, LLC, in the interim amount of $16,471.00 for services rendered as counsel for the Debtor and $126.39 for reimbursement of expenses for the period June 16, 2023 through September 30, 2023, for a interim total amount of $16,597.39 (the "Interim Fees and Expenses").

2.  The Applicant is hereby authorized to draw down from the remainder of the Retainer balance of $16,787.20.

BY THE COURT:

Dated: December 27, 2023

_____
The Honorable Magdeline D. Coleman
Chief United States Bankruptcy Judge

---

³ If applicable, the last four digits of the taxpayer identification number of the Debtor is 6853 and the Debtor's address is 6938 Market Street, Second Floor, Suite 3, Upper Darby, PA 19082.