**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 11 |
| INT. ASSOC. OF SHEET METAL, AIR, RAIL & TRANSPORTATION WORKERS, TRANSPORTATION DIV., LOCAL 1594, [1] | Case No. 23-11777 (mdc) |
| Debtor. | |

## CERTIFICATION OF SERVICE

I, Holly S. Miller, Esq., hereby certify that on the 15th day of February 2024, a copy of the Chapter 11, Subchapter V Debtor's First Amended Plan of Reorganization Dated February 15, 2024 was served via the Court's CM/ECF system and via First Class United States Mail, postage pre-paid, upon the parties listed on the attached service list.

Dated: February 15, 2024

GELLERT SCALI BUSENKELL & BROWN, LLC

/s/ Holly S. Miller
Holly S. Miller (No. 203979)
901 Market Street, Suite 3020, 3rd Floor
Philadelphia, PA 19107
Telephone: (215) 238-0012
Facsimile: (215) 238-0016
hsmiller@gsbblaw.com

*Counsel to the Debtor*

---

[1] If applicable, the last four digits of the taxpayer identification number of the Debtor is 6853 and the Debtor's address is 6938 Market Street, Second Floor, Suite 3, Upper Darby, PA 19082.