# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>INT. ASSOC. OF SHEET METAL, AIR, RAIL & TRANSPORTATION WORKERS, TRANSPORTATION DIV., LOCAL 1594, [1]<br><br>　　　　Debtor. | Chapter 11<br><br>Case No. 23-11777 (mdc) |

## CERTIFICATE OF SERVICE

I, Holly S. Miller, Esq., hereby certify that on this 19th day of February, 2024, a copy of the foregoing *Redline of Amended Chapter 11 Small Business Subchapter V Plan* was filed and served through CM/ECF.

Dated: February 19, 2024　　　　　　　　　　GELLERT SCALI BUSENKELL & BROWN, LLC

　　　　　　　　　　　　　　　　　　　　　　*/s/ Holly S. Miller*
　　　　　　　　　　　　　　　　　　　　　　Holly S. Miller (No. 203979)
　　　　　　　　　　　　　　　　　　　　　　901 N. Market Street
　　　　　　　　　　　　　　　　　　　　　　Suite 3023, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　Telephone: (215) 238-0012
　　　　　　　　　　　　　　　　　　　　　　hsmiller@gsbblaw.com

　　　　　　　　　　　　　　　　　　　　　　*Counsel to the Debtor*

---

[1] If applicable, the last four digits of the taxpayer identification number of the Debtor is 6853 and the Debtor's address is 6938 Market Street, Second Floor, Suite 3, Upper Darby, PA 19082.